**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 01-8018**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ROBERTO GIL CORONA,

Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Albert V. Bryan, Jr., Senior District Judge. (CR-99-307, CA-01-1421)

_____

Submitted: March 20, 2002                    Decided: February 3, 2003

_____

Before WIDENER, NIEMEYER, and MOTZ, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Roberto Gil Corona, Appellant Pro Se. Rebeca Hidalgo Bellows, Assistant United States Attorney, Alexandria, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Roberto Gil Corona seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal based upon the district court's reasoning that <u>Apprendi v. New Jersey</u>, 530 U.S. 466 (2000), is not retroactively applicable on collateral review under <u>United States v. Sanders</u>, 247 F.3d 139 (4th Cir.), <u>cert. denied</u>, 122 S. Ct. 573 (2001). <u>See</u> <u>United States v. Corona</u>, Nos. CR-99-307; CA-01-1421 (D. Md. Sept. 21, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>